

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2019

No. 04-19-00603-CV

**IN RE** Cedric Bertnell **EDWARDS**, Sr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

On September 5, 2019, relator, Cedric Bertnell Edwards Sr., filed an Emergency Petition for a Writ of Mandamus. The court is of the opinion the petition raises a serious question concerning the mandamus relief sought and requires further consideration. See TEX. R. APP. P. 52.8. We therefore request a response and order that respondent may file a response to the petition **no later than September 9, 2019**. Any response must conform to Texas Rule of Appellate Procedure 52.4. Relator may file a reply **no later than noon September 11, 2019**.

It is so **ORDERED** on September 6, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1]This court has jurisdiction pursuant to section 273.061 of the Texas Election Code, which authorizes this court to "issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election . . . regardless of whether the person responsible for performing the duty is a public officer." TEX. ELEC. CODE § 273.061.